IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK ALLEN,

    Plaintiff,                              No. 2:12-cv-1920 JAM CKD PS

    vs.

KAISER PERMANENTE,                  ORDER

    Defendant.

_____/

        Plaintiff is proceeding pro se in this action, which was removed from state court on July 20, 2012. The matter was referred to the undersigned pursuant to Local Rule 302(c)(21). Defendant's motion to set aside default and motion to dismiss are presently noticed for hearing on the September 5, 2012 law and motion calendar of the undersigned. Opposition to a motion, or a statement of non-opposition thereto, must be filed fourteen days preceding the noticed hearing date. E.D. Cal. L. R. 230(c). Court records reflect that plaintiff failed to timely file opposition or a statement of non-opposition to the motions. Because the motion to set aside the default is well taken, that motion will be granted. Plaintiff will be granted an extension of time to file opposition to the motion to dismiss.

        Plaintiff is advised that failure to comply with the Local Rules "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." E.D. Cal. L. R. 11-110; see Ghazali v. Moran, 46 F.3d 52, 53 (9th Cir. 1995). Additionally, "[n]o party will be entitled to be heard in opposition to a motion at

1

oral arguments if written opposition to the motion has not been timely filed." E.D. Cal. L. R. 230(c).  Pro se litigants are bound by the rules of procedure, even though pleadings are liberally construed in their favor.  <u>King v. Atiyeh</u>, 814 F.2d 565, 567 (9th Cir. 1987); <u>Jacobsen v. Filler</u>, 790 F.2d 1362, 1364-65 (9th Cir. 1986).  The Local Rules specifically provide that cases of persons appearing in propria persona who fail to comply with the Federal and Local Rules are subject to dismissal, judgment by default, and other appropriate sanctions.  E.D. Cal. L. R. 183.

Good cause appearing, IT IS HEREBY ORDERED that:

1. The motion to set aside default (dkt. no. 5) is granted.

2. The hearing date of September 5, 2012 is vacated.  Hearing on defendant's motion to dismiss is continued to September 26, 2012 at 10:00 a.m. in courtroom no. 26.

3. Plaintiff is directed to file opposition, if any, to the motion, or a statement of non-opposition thereto, no later than September 5, 2012.  Failure to file opposition and appear at hearing, or to file a statement of non-opposition, will be deemed a statement of non-opposition, and shall result in a recommendation that this action be dismissed.

4. Reply, if any, shall be filed no later than September 12, 2012.

Dated: August 24, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

allen1920.nop.con