IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICK ALLEN,

     Plaintiff,                            No. 2:12-cv-1920 JAM CKD PS

   vs.

KAISER PERMANENTE, et al.,

     Defendants.                         ORDER

_____/

       Defendants' motion to dismiss came on regularly for hearing on September 26, 2012. Plaintiff Rick Allen appeared in propria persona. Chris Baker appeared for defendants. The parties were amenable to an early settlement conference. Accordingly, IT IS HEREBY ORDERED that:

       1. A settlement conference is set before the Honorable Gregory G. Hollows in courtroom no. 9 on October 22, 2012 at 9:00 a.m. Confidential settlement conference statements shall be submitted one week prior to the conference.

////

////

////

////

1

2. The motion to dismiss will stand submitted.

Dated: September 28, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
allen-kaiser1920.oah